UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

               Plaintiff,

-against-

WILLIAM THOMAS,

               Defendant.

No. 17 Cr. 350 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Defendant William Thomas' letter of May 6, 2020 (dkt. no. 1264) requesting copies of his presentence investigation report and his sentencing minutes so that he can contact his future probation officer about home confinement and other matters.

    Although the Court does not supply these documents to inmates out of concern for their safety, Mr. Thomas' case manager should have a copy of his presentence investigation report and can review it with Mr. Thomas.

    With respect to a probation officer, the Bureau of Prisons generally notifies the Probation Office of a release 18 months in advance, and, upon receipt of that notice, Probation contacts the defendant.  The SDNY Probation Office informs the Court that it has not yet received notice of Mr. Thomas' upcoming release but that when it does, it will contact him to make arrangements.

Accordingly, Mr. Thomas' request (dkt. no. 1264) is denied.

Chambers will mail a copy of this order to Mr. Thomas.

**SO ORDERED.**

Dated:   New York, New York
         May 15, 2020

_____
LORETTA A. PRESKA
Senior United States District Judge